AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**

District of ___COLUMBIA___

SEP 2 1 2007

JULIO RAMON DIAZ

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

DRUG ENFORCEMENT ADMINISTRATION

Defendant

CASE NUMBER:    07 1671

PRO-SE.

I, ___Julio Ramon Diaz_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration ___F.P.C. Pensacola 110 Raby Ave. Pensacola, Fl/___
    ___32509___

    Are you employed at the institution? ___Yes___ Do you receive any payment from the institution? ___Yes___

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?          ☐ Yes          ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
        Unknown

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☐ Yes | ☒ No |

**RECEIVED**

SEP - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: __JULIO RAMON DIAZ__ v. __DRUG ENFORCEMENT ADMINISTRATION__

Civil Action No. _____

**PRO-SE**

I,_Julio Ramon Diaz_____ #__32509-5127_____, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff
Julio Ramon Diaz, Pro-Se

n:\forms\Trust Account Form