UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIO RAMON DIAZ<br>Federal Prison Camp, Pensacola<br>110 Raby Avenue<br>Pensacola, Florida 32509-5127<br>Registration Number 34765-004,<br><br>               Petitioner,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION<br>700 Army Navy Drive<br>Arlington, VA 22202<br><br>               Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1671 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                            Respectfully submitted,

                                            /s/
                                      CLAIRE WHITAKER, D.C. Bar # 354530
                                      Assistant United States Attorney
                                      United States Attorneys Office
                                      Civil Division
                                      555 4th Street, N.W., Room E-4204
                                      Washington, D.C. 20530
                                      (202) 514-7137

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

JULIO RAMON DIAZ
# 34765-004
Federal Prison Camp, Pensacola
110 Raby Avenue
Pensacola, Florida 32509-5127

on this _____ day of October, 2007.

                                          /s/
                                    CLAIRE WHITAKER
                                    Assistant United States Attorney
                                    United States Attorneys Office
                                    Civil Division
                                    555 4th Street, N.W., Room E-4204
                                    Washington, D.C. 20530
                                    (202) 514-7137