UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIO RAMON DIAZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-1671 (PLF) |
| ) | |
| DRUG ENFORCEMENT ADMINISTRATION ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____) | |

**MOTION FOR ENLARGEMENT OF TIME**

This is a Freedom of Information Act ("FOIA") case filed by plaintiff, Julio Ramon Diaz, a prisoner proceeding pro se, for records he believes are maintained by the Drug Enforcement Administration.  R. 1.   Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for a two-week extension of time, to and including December 21, 2007, to response to plaintiff's recent filing, i.e., a response to defendant's answer and plaintiff's motion for summary judgment. R. 11 & 12. As plaintiff is a prisoner proceeding pro se, the local rule about contacting the opposing counsel to determine whether there will be an objection to nondispositive motions is not applicable.

The reasons for this motion to extend are as follows:

On November 11, 2007, defendant filed an answer to plaintiff's complaint.  On November 23, 2007, plaintiff filed "Petitioner's Response and Motion for summary Judgment." Although plaintiff's filing does not comport to the requirements of Fed. R. Civ. P. 56, because it has been captioned as a motion for summary judgment, the due date prescribed by the rules of court is December 7, 2007.

Since the filing of plaintiff's motion, undersigned counsel primarily assigned to this case has been out of the office in witness preparation and depositions in two separate matters, Sanders v. U.S., C.A. 07-1169 (ESH) and Carvalho v. Winters, C.A. 02- 2218 (RWR).

Accordingly, it has been impossible for counsel to consult with the agency and respond to plaintiff's filings by the present due date. As defendant's counsel continues to be in depositions during the week of December 10, 2007, defendant respectfully request that an extension of time, to and including December 21, 2007, be granted for the filing of defendant's response to plaintiff's dispositive motion and for the filing of defendant's cross motion for summary judgment.

A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

JULIO RAMON DIAZ
# 34765-004
Federal Prison Camp, Pensacola
110 Raby Avenue
Pensacola, Florida 32509-5127

on this 7th day of November, 2007.

                                            /s/
                                      CLAIRE WHITAKER,
                                      Assistant U.S. Attorney
                                      Judiciary Center Building
                                      555 Fourth St., N.W., Rm. E4204
                                      Washington, D.C. 20530
                                      (202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIO RAMON DIAZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-1671 (PLF) |
| ) | |
| DRUG ENFORCEMENT ADMINISTRATION ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____) | |

ORDER

Upon consideration of defendant's motion to extend the time to file a response to plaintiff's motion for summary judgment and to file a cross motion for summary judgment, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that said motion be, and hereby is, granted. The deadline for defendant's dispositive motion is extended to December 21, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

JULIO RAMON DIAZ
# 34765-004
Federal Prison Camp, Pensacola
110 Raby Avenue
Pensacola, Florida 32509-5127

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530