**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JULIO RAMON DIAZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-1671 (PLF) |
| ) | |
| DRUG ENFORCEMENT ADMINISTRATION ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____) | |

<u>DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

# SEE DOCKET ENTRY #14

# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT