J U L I O  D I A Z
F.P.C. Pensacola 110 Raby Avenue Pensacola Florida 32509-5127 Reg. No. 34765-004

December 10, 2007

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

RE: Diaz v Drug Enforcement Administration
Civil No. 07-1671 (PLF)
Pro-Se.

Dear Ms. Mayer-Whittington,

Reference is made to the above civil action in which I am the Petitioner pro-se at this time. I wish to bring a matter to the Judge's attention in the case. While this matter is pending, the Respondent provided copies of some additional FOIA/Privacy Act documents. They claim that they were unable to locate me and that is the reason for the delay in the mailings. That reason is unbelievable since the Respondent is a unit of the Department of Justice and the location of inmates in readily available on the BOP website as the Respondent knows. I submit that this mailing is further proof of the negative intent of the Respondent in its willing to comply with the FOIA/Privacy Act statutes.

Thank you for your continued attention to this matter. I remain of course most,

Respectfully

Julio R. Diaz
Pro-Se.

CC: Claire Whitaker, Esquire
    AUSA-DC
    (Enclosed)
    (File)

RECEIVED
JAN 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

From Prose
unit
TD



U. S. Department of Justice
Drug Enforcement Administration
Office of Chief Counsel
Administrative Law Section

FILE COPY

www.dea.gov

Mr. Julio R. Diaz
#34765-004
Federal Prison Camp
110 Raby Avenue
Pensacola, FL 32509-5127

NOV 2 6 2007

Re: *Julio R. Diaz v. Drug Enforcement Administration*, CA 07-1671 PLF,
    DEA FOIA Request No. 04-01113-P

Dear Mr. Diaz:

Enclosed please find portions of one (1) page forwarded to the Drug Enforcement Administration for a direct response by the Department of Justice (DOJ), Criminal Division, by letter dated April 23, 2004, in response to your Freedom of Information/Privacy Act (FOIA/PA) request dated March 19, 2002, to the Criminal Division, the DEA letter dated April 29, 2004, notifying you of the DOJ Criminal Division referral, and the DEA letter dated June 8, 2004, which previously accompanied the FOIA/PA release. During the litigation review in the above entitled matter, it was discovered that the letters and the release were returned to DEA by the United States Post Office as "attempted - unknown" and DEA was unable to obtain your correct address.

Sincerely,

William C. Little, Jr.
Senior Attorney
Administrative Law Section

Enclosures