## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JULIO RAMON DIAZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1671 (PLF)** |
| | ) | |
| **DRUG ENFORCEMENT ADMINISTRATION** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| _____ | ) | |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This is a Freedom of Information Act ("FOIA") case filed by Plaintiff, Julio Ramon Diaz, a prisoner proceeding pro se, for records he believes are maintained by the Drug Enforcement Administration ("DEA"). R. 1. Defendant filed a Motion for Summary Judgment on December 21, 2007. R. 14. On January 3, 2008, the Court directed that Plaintiff "shall respond to defendant's motion for summary judgment no later than February 6, 2008." R. 16. Although no formal response was made by Plaintiff before February 6, 2008, Plaintiff filed a letter, dated December 10, 2007, addressed to Ms. Mayer-Whittington, Clerk of Court, and docketed on January 9, 2008 as a "Civil Statement from pro se plaintiff." See R. 17. The December 10, 2007, letter states the following:

> Reference is made to the above civil action in which I am the Petitioner pro-se at this time. I wish to bring a matter to the Judge's attention in the case. While this matter is pending, the Respondent provided copies of some additional FOIA/ Privacy Act documents. They claim that they were unable to locate me and that is the reason for the delay in the mailings. That reason is unbelievable since the Respondent is a unit of the Department of Justice and the location of inmates in[sic] readily available on the BOP website as the Respondent knows. I submit that this mailing is further proof of the negative intent of the Respondent in its willing[sic] to comply with the FOIA/Privacy Act statutes.

As Plaintiff has not submitted a further response to Defendant's dispositive motion, Defendant now assumes that Plaintiff wishes to treat his December 10, 2007, as the response required by the Court's order. Accordingly, Defendant submits the following:

Enclosed is the DEA Supplemental Declaration of Leila I. Wassom which addresses the content of Plaintiff's letter of December 10, 2007. Plaintiff's letter was written regarding the DEA letter to the Plaintiff dated November 26, 2007, which enclosed a response to DEA FOIA Request Number 04-0113-P, a referral from the Department of Justice, Criminal Division, to DEA regarding the plaintiff. DEA FOIA Request 04-0113-P is not part of the instant litigation, however, when a FOI/PA complaint is received by DEA, a litigation review is conducted. The review includes an examination of the contents of all FOIA request files related to any litigant. The Wassom Supplemental Declaration details the DEA response to the referral from the Criminal Division, and the facts of an administrative oversight in responding to the referral. DEA did not evidence bad faith in its response; it was a matter of administrative oversight. See Attachment 1 at ¶¶ 5-8. The Plaintiff did not file a lawsuit against the Criminal Division, and did not file an appeal. Id. at ¶ 9.

Defendant submits that Plaintiff has failed to defend against its Motion for Summary Judgment. Accordingly, it is respectfully requested that said motion be granted and that this case be dismissed with prejudice.

Respectfully submitted,

_____/s/_____

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

JULIO RAMON DIAZ
# 34765-004
Federal Prison Camp, Pensacola
110 Raby Avenue
Pensacola, Florida 32509-5127

on this 21th day of March, 2008.

_____/s/_____
CLAIRE WHITAKER
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C.  20530
(202) 514-7137

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIO RAMON DIAZ | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 07-1671 (PLF) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SUPPLEMENTAL DECLARATION OF LEILA I. WASSOM

1. I am a Drug Enforcement Administration (DEA) Paralegal Specialist, currently assigned to the Office of Chief Counsel, Administrative Law Section (CCA), DEA Headquarters, Washington, D.C. From August 1991 to June 2005, I was assigned to the Freedom of Information and Records Management Section, DEA Headquarters.

2. This declaration supplements my declaration dated December 21, 2007, and is written in response to the plaintiff's letter dated December 10, 2007, addressed to the Clerk of the United States District Court for the District of Columbia, in which the plaintiff asserts that his receipt of a mailing from DEA "is further proof of the negative intent of [DEA] in its willing (sic) to comply with FOIA/Privacy Act statutes." A copy of the plaintiff's letter dated December 10, 2007, is attached as Exhibit K.

3. The DEA letter, dated November 26, 2007, is related to a referral, dated April 23, 2004, from the U.S. Department of Justice, Criminal Division, to DEA that was assigned DEA FOIA Request No. 04-1113-P. DEA FOIA Request Number 04-1113-P is not the subject of this litigation. Copies of the DEA letter dated November 26, 2007, and the Criminal Division memorandum dated April 23, 2004, are attached as Exhibits L and M, respectively.

4. When a FOI/PA complaint is received by DEA, a litigation review is conducted. The review includes an examination of the contents of all FOIA request files related to any litigant. As a result of the litigation review of the DEA FOIA request files related to the plaintiff, it was discovered that the DEA release, dated June 8, 2004, of the single page referred by from the Criminal Division for a direct response to the plaintiff had been returned by the United States Postal Service (USPS). A copy of the DEA letter dated June 8, 2004, is attached as Exhibit N.

5. The Criminal Division referral consisted of two items which DEA was asked to review. The first item was a single page memorandum that was referred for a direct response to the plaintiff. The second item was a multi-page memorandum that DEA was asked to review and return to the Criminal Division.

6. By letter addressed to the plaintiff and dated April 29, 2004, DEA acknowledged the receipt of the Criminal Division referral. The acknowledgment was mailed to the address contained on the plaintiff's request, dated March 19, 2002, to the Criminal Division. The acknowledgment letter was returned as "[n]ot deliverable as addressed. Unable to forward." The return envelope

also indicated that the "[f]orwarding order expired." Copies of the DEA letter dated April 29, 2004, and the plaintiff's request letter dated March 19, 2002, are attached as Exhibits O and P, respectively.

7. Prior to mailing the release, attempts were made to ascertain the plaintiff's correct address. It is SARO policy, practice and procedure to access the Bureau of Prisons (BOP) Inmate Locator, either by telephone or via the internet when a release is returned. The SARO file indicates that the BOP Inmate Locator was queried by the FOIA specialist and the plaintiff's current address was obtained.

8. However, by letter dated June 8, 2004, the release was again also mailed to the plaintiff's previous address, and again returned by the USPS to DEA. It appears that, through an administrative oversight, the correct address had not been entered into the SARO system that generates mailing labels. Upon the return of the release, no further attempts were made to forwarded the release to the plaintiff.

9. As of February 29, 2008, the DOJ, Office of Information and Privacy, has no record of receipt of an appeal from the plaintiff regarding the plaintiff's request to the Criminal Division. Thus, the Criminal Division was unaware and could not make any inquiries of DEA regarding the release. Moreover, there is no indication that the Criminal Division contacted DEA to provide a correct mailing address or that the plaintiff made any inquiries regarding the failure to receive a response from DEA.

10. The subject of this declaration and the statements set forth herein are true and correct either on the basis of my personal knowledge or on the basis of information acquired by me through the performance of my official duties.

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my information and belief.


3-19-08
DATE

Leila I. Wassom
Paralegal Specialist
Office of Chief Counsel
Drug Enforcement Administration
Washington, D.C.  20537

# EXHIBIT K

J U L I O   D I A Z
F.P.C. Pensacola 110 Raby Avenue Pensacola Florida 32509-5127 Reg. No. 34765-004


                                                    December 10, 2007
Ms. Nancy Mayer-Whittington, Clerk
United States District Court
For the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

                          RE: Diaz v Drug Enforcement Administration
                              Civil No. 07-1671 (PLF)
                              Pro-Se.

Dear Ms. Mayer-Whittington,

        Reference is made to the above civil action in which I am the
Petitioner pro-se at this time.  I wish to bring a matter to the Judge's
attention in the case.  While this matter is pending, the Respondent
provided copies of some additional FOIA/Privacy Act documents.  They
claim that they were unable to locate me and that is the reason for
the delay in the mailings.  That reason is unbelievable since the Respondent
is a unit of the Department of Justice and the location of inmates
in readily available on the BOP website as the Respondent knows.  I
submit that this mailing is further proof of the negative intent of
the Respondent in its willing to comply with the FOIA/Privacy Act statutes.
        Thank you for your continued attention to this matter.  I remain
of course most,


                                    Respectfully

                                    Julio R. Diaz
                                    Pro-Se.

CC: Claire Whitaker, Esquire
    AUSA-DC
    (Enclosed)
    (File)


                              RECEIVED

                              JAN 1 0 2008

                    NANCY MAYER WHITTINGTON, CLERK
                        U.S. DISTRICT COURT

                         From Prose
                              unit
                              TD

# EXHIBIT L



**U. S. Department of Justice**

Drug Enforcement Administration

Office of Chief Counsel

Administrative Law Section

*www.dea.gov*

Mr. Julio R. Diaz
#34765-004
Federal Prison Camp
110 Raby Avenue
Pensacola, FL 32509-5127

NOV 2 6 2007

Re: *Julio R. Diaz v. Drug Enforcement Administration*, CA 07-1671 PLF,
    DEA FOIA Request No. 04-01113-P

Dear Mr. Diaz:

    Enclosed please find portions of one (1) page forwarded to the Drug Enforcement
Administration for a direct response by the Department of Justice (DOJ), Criminal Division, by letter
dated April 23, 2004, in response to your Freedom of Information/Privacy Act (FOIA/PA) request
dated March 19, 2002, to the Criminal Division, the DEA letter dated April 29, 2004, notifying you
of the DOJ Criminal Division referral, and the DEA letter dated June 8, 2004, which previously
accompanied the FOIA/PA release. During the litigation review in the above entitled matter, it was
discovered that the letters and the release were returned to DEA by the United States Post Office as
"attempted - unknown" and DEA was unable to obtain your correct address.

                           Sincerely,

                           William C. Little, Jr.
                           Senior Attorney
                           Administrative Law Section

Enclosures

CCA Chron
CCA File *NL 11/26/07*
DOJ, Criminal Division
Document name:H:MyDocuments:lwassom/correspondence/diazcrimrefrelltr.wpd/11/26/07

# EXHIBIT M



**U.S. Department of** ⸻    e

Criminal Division

*Washington, D.C. 20530*

# APR 2 3 2004

## MEMORANDUM

**To:**     Linda Vettori, Chief
FOIA Operations
Drug Enforcement Administration
700 Army Navy Drive
Arlington, VA 22202

**From:**  Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit
Criminal Division
1301 New York Ave., N. W., Suite 1127

**SUBJECT:**    Privacy Act Request - Julio R. Diaz, #200200322P

We are processing a request from the person named above. In searching our files, we have located the attached record (item1) which originated in an office for which you are responsible or which we have concluded is of primary interest to your office. We are referring this record to you for direct reply to the requester. We also have attached a copy of the request letter for your assistance and have advised the requester of this referral.

We have also included one Criminal Division (item 2) record that contains information which we have determined is of primary interest to your office. We have no objection to the release of Criminal Division information in item 2, subject to the deletion of the names of a police constable and a police inspector. The applicable exemptions are 5 U.S.C. 552(b)(6) and (7)(C).

Please address correspondence to us concerning this matter to: Thomas J. McIntyre, Chief, Freedom of Information/Privacy Act Unit, Office of Enforcement Operations, Criminal Division, Department of Justice, Washington, D.C. 20530. Attention: Rhonda Smith, (202) 514-1123.

# EXHIBIT N



**U.S. Department of Justice**

**Drug Enforcement Administration**

JUN 0 8 2004

*Washington, D.C. 20537*

| | | |
|---|---|---|
| *Request Number:* | 04-1113-P | *Subject of Request:* | DIAZ, JULIO R. |
| | | *Referred to DEA by:* | CRIMINAL DIVISION |

Dear Julio Diaz:

The Drug Enforcement Administration (DEA) has completed its review of the referred DEA documents pursuant to your Freedom of Information/Privacy Act request to the above agency.

The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. 552 and/or the Privacy Act, 5 U.S.C. 552a. Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

The documents are being forwarded to you with this letter.

If you wish to appeal any denial of your request, you may do so within sixty (60) days pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> Co-Director
> Office of Information and Privacy
> FLAG Building, Suite 570
> Washington, D.C. 20530

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management

Number of Pages Withheld:                        0

Number of Pages Released:                         1

Number of Pages Referred to another agency:       0


Applicable sections of the Freedom of Information and/or Privacy Act:

| Freedom of Information Act 5 U.S.C. 552 | | | Privacy Act 5 U.S.C. 552a | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [ x ] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [ ] (b)(2) | [ ] (b)(6) | [ ] (b)(7)(D) | [ ] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [ ] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [ x ] (b)(7)(F) | | |

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)  Materials related solely to the internal rules and practices of DEA.

(b)(3)  Information specifically exempted from disclosure by another federal statute.

(b)(4)  Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)  Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)  Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)  Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

PRIVACY ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)  Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)  Material compiled during civil investigations for law enforcement purposes.

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

# EXHIBIT O



**U.S. Department of Justice**

**Drug Enforcement Administration**

_____

*Washington, D.C. 20537*

April 29, 2004

Request Number:       04-1113-P

Subject of Request:   DIAZ, JULIO R.

Referred to DEA by:   CRIMINAL DIVISION

FPC
P.O. BOX 5000
YAZOO, MS  39194

DEAR JULIO R. DIAZ:

In response to your request for documents from the above agency, the Drug Enforcement Administration (DEA) has been asked to review certain materials which originated within DEA. In order to expedite all requests, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of chargeable fees, and payment will be required prior to release of any records. If there are not fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

*DEA FOIA Home Page... http://www.usdoj.gov/dea/foia/dea.htm*

# EXHIBIT P

CR_____ L DIVISION
DEPARTMENT OF JUSTICE
WASHINGTON, D.C.   20535    ATE: __3/19/02__

ATTENTION:  FOI/PRIVACY ACT UNIT

Dear Sir:

Request is hereby made for access to records or information pertaining to me in the system(s) of records indicated on the attached list.

The following information is supplied to you pursuant to Department of Justice Regulations (28 C.F.R. 16.41) in order to identify myself and to assist in locating my records:

1.  FULL NAME  (Please print):

DIAZ          JULIO        RAMON
(LAST)        (FIRST)      (MIDDLE IN FULL)

2.  Date of Birth: ~~[redacted]~~    Place of Birth: Mantua, P. del rio Cuba

3.  Present address: FPC PO Box 5000, Yazoo, MS 39194

4.  Prior addresses: 68 NW 65 th Ave. Miami Fla 33126-4406

5.  The approximate year or years during which you believe a record about you may have been created: 1980 to 2000

6.  The judicial district(s) or state(s) where the events occurred about which you believe a record may have been created: BAHAMAS/Southern District of Fla.

7.  If married, or divorced or separated, the full name of your spouse (if wife, include maiden name): NANCY VELAZCO DIAZ

8.  If the record you believe to exist about you includes arrest, trial, or conviction records:

    (a)  The date of arrest, indictment or complaint against you: 11/16/87 and 12/13/1999

    (b)  Approximate date of conviction: 5/2/91//6/9/2000

    (c)  Federal court and district in which trial or proceeding took place:

         SOUTHERN DISTRICT OF FLORIDA

    (d)  Federal offense(s) involved: 21 USC 846/ 21 USC 846

    (e)  Names of codefendants (if any): RAMON CALVO ,JUAN RODRIGUEZ
RENE DE LAMAR , JOSE RUIZ  TRECO FAMILY, BAHAMAS.  2/REGINO MIRANDA ALICIA MARTINEZ

Sincerely,

# CERTIFICATION OF IDENTITY

**PRIVACY ACT STATEMENT:** In accordance with 28 CFR §16.41, personal data sufficient to identify the individual submitting request by mail under the Privacy Act of 1974, 5 U.S.C. §552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disseminated by the Department. Failure to furnish this information will result in no action being taken on the request by the System Manager. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. §552a(i)(3).

FULL NAME OR REQUESTER __JULIO RAMON DIAZ__

CURRENT ADDRESS____FPC YAZOO CITY PO BOX 5000, YAZOO MS 39194

DATE OF BIRTH_____

PLACE OF BIRTH MANTUA, PINAR DEL RIO, CUBA

SOCIAL SECURITY NUMBER_____
(Providing Social Security Number is voluntary)

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. §1001 by a fine of not more than $10,000, or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of no more than $5,000.

Signature: _____

Subscribed and sworn to before me this 22 day of March 2002.

County : Madison
State  : Mississippi
My Commission Expires

Notary