UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 23 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JULIO RAMON DIAZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-1671 (PLF) |
| ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION, ) | |
| ) | |
| Respondent. ) | |

## ORDER AND FINAL JUDGMENT

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the petitioner's motion for summary judgment [Dkt. #12] is DENIED; it is further

ORDERED that the defendant's motion for summary judgment [Dkt. # 14] is GRANTED; and it is further

ORDERED that judgment is entered for the defendant.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

DATE: 5/23/08

PAUL L. FRIEDMAN
United States District Judge